THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID SEVILLE, Appellant.— Appeal by defendant from a judgment of the County Court of Kings

County convicting him of the crime of abduction. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.